**Order entered November 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01416-CR

## HAROLD QUINNTIN PRATT, JR., Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82573-2013**

## ORDER

The Court has before it appellant's November 19, 2015 pro se "pauper's oath for appeal."

He states that he has no money and asks to be permitted to appeal as a "pauper." Our record

reflects that Malcolm Miranda is listed as appellant's attorney of record and Mr. Miranda has not

moved to withdraw from the appeal. Accordingly, because appellant is represented by counsel,

we **DENY** his pro se motion.

/s/     ADA BROWN
          JUSTICE

RECEIVED IN
COURT OF APPEALS, 5th DIST.

DEC 0 9 2015

LISA MATZ
CLERK. 5th DISTRICT



**Court of Appeals**
**Fifth District of Texas at Dallas**
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202



UNITED STATES POSTAGE

PITNEY BOWES

02 1P   $ 000.48⁵
0000856274   NOV 20 2015
MAILED FROM ZIP CODE 75201



REFUSED

CASE: 05-15-01416-CR
HAROLD QUINNTIN PRATT JR.
COLLIN COUNTY DETENTION FACILITY
4300 COMMUNITY AVE
MCKINNEY, TX

REF

